**Shanin NEWKIRK, Appellant,**

v.

**ADVANTAGE SALES & MARKETING AND DIVISION OF EMPLOYMENT SECURITY, Respondents.**

No. WD 77064.

Missouri Court of Appeals,
Western District.

Aug. 12, 2014.

Alicia Johnson, St. Joseph, MO, Counsel for Appellant.

Sara Harrison, Jefferson City, MO, Counsel for Respondent, State of MO.

Arthur Neuhedel, Overland Park, KS, Counsel for Respondent, Advantage Sales.

Before Division Two: VICTOR C. HOWARD, P.J., JAMES EDWARD WELSH, and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Shanin Newkirk appeals the decision of the Missouri Labor and Industrial Relations Commission affirming the Division of Employment Security's determination that Newkirk was not eligible for unemployment benefits because she was discharged for misconduct connected with her work. We affirm. Rule 84.16(b).